◈AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FILED
MAR 20 2009
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK, HELENA

HELENA DIVISION   DISTRICT OF   MONTANA

CANYON FERRY ROAD BAPTIST CHURCH
OF EAST HELENA, INC. and BERTHOLD
GOTHIEB "B.G." STUMBERG III.

   Plaintiffs,
V.

DENNIS UNSWORTH, as Montana commissioner
of Political Practices, in his official and individual
capacity,

   Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:   CV-04-24-H-DWM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Summary Judgment is DENIED.

March 20, 2009
Date

Patrick E. Duffy
Clerk

_____
(By) Deputy Clerk